# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEARWATER COMMUNITIES, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>LILLIAN BENN, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:19–cv–01368–JFW–SP<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __7/26/2019__

Document Number(s):   __9__

Title of Document(s):   __Motion to Remand__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Proposed order not submitted pursuant to Local Rule 52–4.1. A Word or Wordperfect version of the proposed order should also be emailed to the chambers generic email address.

Other:

See Local Rule 5–4.4.1– Electronic Lodging of Proposed Orders.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __July 29, 2019__        By:  __/s/ *Ingrid Valdes*  ingrid_valdes@cacd.uscourts.gov__
                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS